**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:    (559) 486-4533

Attorney for Defendant
**ALEJANDRO GONZALES DE HARO**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 1:04-CR-5327** |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE SENTENCING** |
| ) | |
| v. ) | |
| ) | |
| ALEJANDRO GONZALES DE HARO ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant , ALEJANDRO GONZALES DE HARO, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, LAUREL J. MONTOYA, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, June 4, 2007, at 9:00 a.m. be continued to Monday, July 23, 2007 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.

///

///

///

///

///

1

2  **IT IS SO STIPULATED**

3                                                                              Respectfully submitted,

4
    Dated: 05-24-07                                        /s/ Nicholas F. Reyes
5                                                          NICHOLAS F. REYES
                                                           Attorney for Defendant
6                                                          **HERACLIO CORONA**

7

8  **IT IS SO STIPULATED**

9

10 Dated: 05-24-07                                         /s/ Laurel J. Montoya
                                                           LAUREL J.MONTOYA
11                                                         Assistant U.S. Attorney

12                                          **ORDER**

13
   IT IS SO ORDERED.
14
   **Dated:   May 29, 2007**                              /s/ Anthony W. Ishii
15                                                        UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28