1  **NICHOLAS F. REYES, #102114**
Attorney at Law
2  1107 "R" Street
Fresno, California 93721
3  Telephone: (559) 486-4500
Facsimile:    (559) 486-4533
4
Attorney for Defendant
5  **ALEJANDRO GONZALES DE HARO**

6

7

8
UNITED STATES DISTRICT COURT
9
FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA    )    **CASE NO. 1:04-CR-5327**
                               )
12                             )    **STIPULATION TO CONTINUE**
            Plaintiff,         )    **SENTENCING**
13                             )
       v.                      )
14                             )
    ALEJANDRO GONZALES DE HARO )
15                             )
            Defendant.         )
16  _____)

17
    Defendant , ALEJANDRO GONZALES DE HARO, by and through his counsel of
18
record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and
19
through its counsel of record, LAUREL J. MONTOYA, Assistant United States Attorney for
20
the Eastern District of California, hereby stipulate that the sentencing in the above-referenced
21
case currently scheduled for Monday, July 23, 2007, at 9:00 a.m. be continued to Monday,
22
September 17, 2007 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii,
23
District Judge.
24
///
25
///
26
///
27
///
28
///

1 **IT IS SO STIPULATED**

                                                             Respectfully submitted,

Dated: 07-17-07                               /s/ Nicholas F. Reyes
                                              NICHOLAS F. REYES
                                              Attorney for Defendant
                                              **ALEJANDRO GONZALEZ DE HARO**

**IT IS SO STIPULATED**

Dated: 07-17-07                               /s/ Laurel J. Montoya
                                              LAUREL J.MONTOYA
                                              Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

**Dated:   July 20, 2007**                    /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE