1  **NICHOLAS F. REYES, #102114**
   Attorney at Law
2  1107 "R" Street
   Fresno, California 93721
3  Telephone: (559) 486-4500
   Facsimile:   (559) 486-4533
4
   Attorney for Defendant
5  **ALEJANDRO GONZALES DE HARO**

6

7

8
                   UNITED STATES DISTRICT COURT
9
               FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA      )   **CASE NO. 1:04-CR-5327**
                                  )
12                                )   **STIPULATION TO CONTINUE**
                    Plaintiff,    )   **SENTENCING**
13                                )
         v.                       )
14                                )
    ALEJANDRO GONZALES DE HARO    )
15                                )
                    Defendant.    )
16  _____)

17
         Defendant , ALEJANDRO GONZALES DE HARO, by and through his counsel of
18
    record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and
19
    through its counsel of record, LAUREL J. MONTOYA, Assistant United States Attorney for
20
    the Eastern District of California, hereby stipulate that the sentencing in the above-referenced
21
    case currently scheduled for Monday, July 23, 2007, at 9:00 a.m. be continued to Monday,
22
    September 17, 2007 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii,
23
    District Judge.
24
    ///
25
    ///
26
    ///
27
    ///
28
    ///

1  **IT IS SO STIPULATED**

                                         Respectfully submitted,

Dated: 07-17-07                          /s/ Nicholas F. Reyes
                                         NICHOLAS F. REYES
                                         Attorney for Defendant
                                         **ALEJANDRO GONZALEZ DE HARO**

7  **IT IS SO STIPULATED**

Dated: 07-17-07                          /s/ Laurel J. Montoya
                                         LAUREL J. MONTOYA
                                         Assistant U.S. Attorney

                            **ORDER**

IT IS SO ORDERED.

**Dated:   July 20, 2007**              /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE