1 | McGREGOR W. SCOTT
United States Attorney
2 | LAUREL J. MONTOYA
Assistant U.S. Attorney
3 | 4401 Federal Courthouse
2500 Tulare Street
4 | Fresno, California 93721
Telephone:  (559) 497-4000

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                )    NO. 1:04-cr-5327-AWI
                                              )
12 |                  Plaintiff,              )    **AMENDED** STIPULATION TO
                                              )    CONTINUE SENTENCING AND ORDER
13 |             v.                           )
                                              )    Date: November 5, 2007
14 | ALEJANDRO GONZALEZ DEHARO,               )    Time: 9:00 a.m.
                                              )    Courtroom Two
15 |                  Defendant.              )    Honorable Anthony W. Ishii
                                              )
16 | _____

17          This matter was currently set for a sentencing hearing on November 5, 2007.  The parties

18 agree and stipulate that the sentencing hearing should be continued in order to allow the defendant

   to fulfill the terms of his plea agreement.   The government and counsel hereby agree to a
19
   sentencing date of December 17, 2007 at 9:00 a.m.
20
           Therefore, the parties have agreed to continue, and request the court to continue the
21
22 | //

23 | //

24 | //

25 | //

26 | //

27 | //

28 | //

1  defendant's sentencing in this case to December 17, 2007 at 9:00 a.m.

2  Dated:  October 25, 2007                          McGREGOR W. SCOTT
                                                     United States Attorney
3

4                                                    By: /s/ Laurel J. Montoya
                                                     LAUREL J. MONTOYA
5                                                    Assistant U.S. Attorney

6  Dated:  October 25, 2007

7                                                     /s/ Nicholas F. Reyes
                                                     NICHOLAS F. REYES
8                                                    Attorney for the Defendant
                                                     Alejandro Gonzales DeHaro
9

10                                ORDER

11       IT IS HEREBY ORDERED that the Sentencing in the above entitled matter set for

12  November 5, 2007 be continued to December 17, 2007 at 9:00 a.m.

13

14  IT IS SO ORDERED.

15  **Dated:   October 27, 2007**          _____**/s/ Anthony W. Ishii**_____
                                           UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

2