FILED
DEC 29 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| )  Plaintiffs,  ) | No. CR-F-04-5327-AWI |
| )  vs.  ) | ORDER EXONERATING BOND |
| )  Alejandro Gonzalez Deharo  ) | |
| )  Defendant.  ) | |

   The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

( ) The defendant's passport is ordered returned:

(XX) The property bond posted is exonerated and reconveyed: Deed #2004-0276412.

DATED: _12-29-09_

_____
ANTHONY W. ISHII
Chief U.S. District Judge

9/26/96 exonbnd.frm

1